# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | | |
|---|---|---|
| DENESSA V. BLAIR, individually and on behalf of similarly situated individuals, | ) ) ) ) | |
| Plaintiffs, | ) ) | COLLECTIVE ACTION |
| v. | ) ) ) | Civil Action No. 3:14-CV-18 RLY/WGH |
| PROFESSIONAL TRANSPORTATION, INC., and RONALD D. ROMAIN, individually and as president and secretary of PROFESSIONAL TRANSPORTATION, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83.6(b)(2), the undersigned counsel, Joseph H. Cassell of Eron Law, P.A., respectfully moves the Court for an order granting admission *pro hac vice* of Terry D. Smith of Smith Law Offices, for the purpose of appearing as co-counsel on behalf of plaintiffs Denessa V. Blair, and similarly situated individuals in the above-styled cause only.

WHEREFORE, the undersigned counsel respectfully requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Dated: March 20, 2014.

ERON LAW, P.A.
229 E. William Street, Suite 100
Wichita, Kansas 67202
Telephone: (316) 262-5500
Facsimile: (316) 262-5559
e-mail: jhcassell@eronlaw.net

By:  s/Joseph H. Cassell
Joseph H. Cassell
Attorneys for plaintiff
Denessa V. Blair

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2014, I electronically filed the above and foregoing Motion with the court using the CM/ECF system which sent notification to all parties of interest participating in the CM/ECF.

s/Joseph H. Cassell
Joseph H. Cassell