# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| MARCUS E. CRAWFORD, | ) |
| Plaintiff, | ) |
| v. | ) |
| PROFESSIONAL TRANSPORTATION, INC. and RONALD D. ROMAIN, individually and as President and Secretary of PROFESSIONAL TRANSPORTATION, INC., | ) Case No. 3:14-CV-18-RLY-MPB |
| Defendants. | ) |

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, having filed their Stipulation of Dismissal with Prejudice, and the Court, being duly advised, hereby APPROVES the Joint Stipulation and hereby ORDERS this cause of action be DISMISSED, in its entirety and with prejudice. Each party shall bear its own costs and attorneys' fees except as otherwise agreed between the parties.

SO ORDERED this 9th day of July, 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all
counsel of record via e-mail generated by
the court's ECF system.